UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Alex Efrain Gualpa Mazabanda**

   V.                           CIVIL ACTION NO. 1: 26-cv-10892-MJJ

**Wesling et al**

### ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Court's Order dated February 20, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

February 20, 2026                            /s/ Sophie Phillips
                                                 --------------------------
                                                 **Deputy Clerk**